JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES ZARIAN,

           Plaintiff,

v.

19411 LONDELIUS, LLC, a California Limited Liability Company; and Does 1-10,

           Defendant.

Case No. 8:20-CV-01372-AB-JDE

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 3, 2020    _____

                     ANDRÉ BIROTTE JR.
                     UNITED STATES DISTRICT JUDGE

1.